CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Norberto Rueda-Mancinas**<br>YOB: 2003; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-00620MJ |

Complaint for a violation of Title 18, United States Code, Sections 111(a), 111(b) and 8 USC 1326(a)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Count 1:  On or about May 31, 2025, at or near San Miguel, in the District of Arizona, Defendant **Norberto Efrain Rueda-Mancinas** did intentionally and forcibly assault United States Border Patrol Agent E.H, an agent of the United States as designated in section 18 U.S.C. § 1114, while Agent E.H. was engaged in, or on account of the performance of his official duties, by striking said agent on the face with a backpack, which inflicted bodily injury; all in violation of Title 18, United States Code, Sections 111(a) and 111(b).

Count 2: On or about May 31, 2025, at or near San Miguel, in the District of Arizona, **Norberto Rueda-Mancinas**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on April 11, 2025, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

Count 1: On May 31, 2025, United States Border Patrol Agent E.H., while in a uniform and in the performance of his official duties, was attempting to arrest **Norberto Efrain Rueda-Mancinas** who was suspected of being in the country illegally. Agent E.H. had encountered **RUEDA-MANCINAS** walking about three miles southeast of the community of San Miguel, Arizona. When **RUEDA-MANCINAS** saw Agent E.H., **RUEDA-MANCINAS** attempted to flee and avoid apprehension.

Continued on next page;

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Eric R. Wood |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 2, 2025 |

1)    See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
      Reviewing AUSA: Hopkins

25-00620MJ

**Continued from previous page.**

During a short chase and when Agent E.H. caught up to **RUEDA-MANCINAS**, he/**RUEDA-MANCINAS** turned and threw his backpack at Agent E.H.'s head causing the agent's night vision goggles he was wearing to cut his face between his left eye and nose. It was later determined that the backpack was loaded with food and water weighing approximately 7—10 pounds. **RUEDA-MANCINAS** was eventually apprehended.
Agent C.C. sustained a contusion (bruise) and an abrasion on his face as a result of the backpack striking his face.

Count 2: Norberto Rueda-Mancinas is a citizen of Mexico. On April 11, 2025, Norberto Rueda-Mancinas was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On May 31, 2025, agents found Norberto Rueda-Mancinas in the United States at or near San Miguel, Arizona, without the proper immigration documents. Norberto Rueda-Mancinas did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.