TIMOTHY COURCHAINE
United States Attorney
District of Arizona
RUI WANG
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rui.wang@usdoj.gov
Attorneys for Plaintiff

FILED
2025 JUN 11 PM 12:15
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

VICTIM

CR25-02819 TUC-SHR(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | Violations: |
| Norberto Rueda-Mancinas, | 18 U.S.C. §§ 111(a)(1) & (b) |
| Defendant. | Assault on a Federal Officer – Inflicting Bodily Injury |
| | Count 1 |
| | 8 U.S.C. § 1326(a) |
| | (Reentry of Removed Alien) |
| | Count 2 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about May 31, 2025, in the District of Arizona, NORBERTO RUEDA-MANCINAS did intentionally and forcibly assault United States Border Patrol Agent E.H., a person designated under Title 18, United States Code, Section 1114 as a federal officer, while Agent E.H. was engaged in and on account of the performance of his official duties, and in the commission of such assault, the defendant did inflict bodily injury, making physical contact with said agent.

All in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

//
//

## COUNT 2

On or about May 31, 2025, in the District of Arizona, at or near San Miguel, NORBERTO RUEDA-MANCINAS, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Nogales, Arizona, on or about April 11, 2025, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: June 11, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
RUI WANG
Assistant U.S. Attorney